UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 17 2018 ★

BROOKLYN OFFICE

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

      v.

NICHOLAS SAVVA

                Defendant.

Civil No. 16-cv-05432-AMD

Hon. Ann M. Donnelly

**ORDER APPROVING THE FINAL ACCOUNTING, TERMINATING THE FAIR FUND, DISCHARGING THE PLAN ADMINISTRATOR, AND AUTHORIZING THE TRANSFER OF RESIDUAL FUNDS TO THE U.S. TREASURY**

The Court, having reviewed the Securities and Exchange Commission's Motion and Memorandum of Law in support of an order approving the final accounting, terminating the Fair Fund, discharging the Plan Administrator, and authorizing the transfer of residual funds to the U.S. Treasury, and for good cause shown, it is hereby **ORDERED**:

1. The final accounting is hereby approved;
2. The Fair Fund is terminated;
3. The Plan Administrator is discharged; and
4. The $2,824.29 remaining in the Fair Fund shall be transferred to the U.S. Treasury.

**SO ORDERED.**

Dated: October 16, 2018

                                            s/Ann M. Donnelly
                                            United States District Judge
                                            Eastern District of New York